MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
200 Biscayne Boulevard, Suite 5300
Miami, FL 33131
T:  305.415.3000
F:  305.415.3001
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Clara Kollm (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC  20004
T:  202.739.3000
F:  202.739.3001
stephanie.schuster@morganlewis.com
clara.kollm@morganlewis.com

Kathy H. Gao (CA Bar No. 259019)
kathy.gao@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 9007
T: 213.612.2500
F: 213.612.2501

*Attorneys for Defendants Uber Technologies, Inc. and
    Rasier, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHAN NAMISNAK, et al., | Case No. 3:17-cv-06124-JCS |
| Plaintiffs, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| UBER TECHNOLOGIES, INC. and RASIER, LLC, | |
| Defendants. | **[Fed. R. Civ. P. 7.1; Civil L.R. 3-15]** |
| | Date: November 2, 2017<br>Judge: Hon. Jacqueline Scott Corley |

Pursuant to Fed. R. Civ. P. 7.1, Uber Technologies, Inc. and Rasier, LLC ("Defendants"), through undersigned counsel, state that Uber Technologies, Inc. is a privately held corporation, is not a subsidiary of any entity, and no publicly held corporation owns ten percent or more of its stock. Rasier, LLC is a wholly-owned subsidiary of Uber Technologies, Inc.

Pursuant to Civil Local Rule 3-15, Defendants certify that, to their knowledge, other than the named parties in this action, there are no other persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities that have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) a non-financial interest that could be substantially affected by the outcome of the proceeding.

Dated: November 2, 2017                                    MORGAN, LEWIS & BOCKIUS LLP

                                                           By   s/ Kathy H. Gao
                                                                Anne Marie Estevez
                                                                Stephanie Schuster
                                                                Clara Kollm
                                                                Kathy H. Gao

                                                           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, a copy of the foregoing was filed electronically with the Clerk of this Court via the CM/ECF system, which will notify all counsel of record.

Dated: November 2, 2017                                    s/ Kathy H. Gao

Case No. 3:17-cv-02664-RS