United States District Court
Northern District of California

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10   STEPHAN NAMISNAK, et al.,              Case No.  17-cv-06124-RS

            Plaintiffs,

12       v.                                 **ORDER GRANTING PLAINTIFFS'**
                                            **MOTION TO CONDUCT GENERAL**
                                            **ORDER 56 MEETING BY VIDEO**
13   UBER TECHNOLOGIES, INC., et al.,       **CONFERENCE**

            Defendants.

15

16       The Court's March 6, 2018, order (Dkt. No. 41) is hereby vacated and plaintiff's motion to

17   conduct the General Order 56 meeting with plaintiffs appearing by video conference (Dkt. No. 34)

18   is granted.

19   **IT IS SO ORDERED**.

20

21   Dated: March 9, 2018

22                                          _____

23                                          RICHARD SEEBORG
                                            United States District Judge
24
25
26
27
28