William Most (CA # 279100)
AQUA TERRA AERIS LAW GROUP
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
T: (650) 465-5023
williammost@gmail.com

Garret S. DeReus (LA # 35105)*
Andrew D. Bizer (LA # 30396)*
*Admitted *pro hac vice*
BIZER & DEREUS, LLC
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
gdereus@bizerlaw.com
andrew@bizerlaw.com
*Attorneys for Plaintiffs Stephan Namisnak and Francis Falls*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEPHAN NAMISNAK, *ET AL.*, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC. and RAISER, LLC, <br><br> Defendant | Case No.: 3:17-cv-06124-RS <br><br> **PLAINTIFFS' NOTICE OF CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> Submission Date: May 10, 2018 <br> Judge: Hon. Richard Seeborg |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that in the courtroom of the Hon. Richard Seeborg, located at 450 Golden Gate Ave. San Francisco, CA 94102, on Thursday, May 10, 2018 at 1:30 p.m., or as soon as practicable that counsel may be heard, Plaintiffs will, with the consent of the Defendants, move the Court for leave to file their First Amended Complaint.

NOW INTO COURT, comes Plaintiffs, through undersigned Counsel, who respectfully move this Court for leave to file their First Amended Complaint. Plaintiffs have conferred with counsel for Defendants, and counsel for defendant have provided their consent to plaintiffs filing the attached First Amended Complaint. Accordingly, the requirements for F.R.C.P. 15(a)(2) have been satisfied. Plaintiffs have attached the proposed First Amended Complaint to this motion.

THEREFORE, Plaintiffs, through undersigned counsel, do respectfully request that the court grant this motion and grant Plaintiffs Leave to file the attached First Amended Complaint.

Respectfully submitted,

/s/ William Most_____
William Most (CA # 279100)
AQUA TERRA AERIS LAW GROUP
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
Phone: (504) 509-5023
Email: williammost@gmail.com

/s/ Garret S. DeReus_____
Bizer & DeReus, LLC
Garret S. DeReus (LA # 35105)
Admission *pro hac vice*
gdereus@bizerlaw.com
Andrew D. Bizer (LA # 30396)
Admission *pro hac vice*
andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2018, a copy of *Consent Motion for Leave to File Amended Complaint* was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                       _/s/ Garret S. DeReus_
                                                        Garret S. DeReus