MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
200 Biscayne Boulevard, Suite 5300
Miami, FL 33131
T: 305.415.3000
F: 305.415.3001
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Patrick Harvey (*pro hac vice*)
Clara Kollm (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: 202.739.3000
F: 202.739.3001
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com
clara.kollm@morganlewis.com

Kathy H. Gao (CA Bar No. 259019)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
T: 213.612.2500
F: 213.612.2501
kathy.gao@morganlewis.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD and JARVIS JERNIGAN, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-02664-RS<br><br>**STIPULATION TO CONSOLIDATE FACT DISCOVERY AND ENTER PROTECTIVE ORDER IN RELATED CASES**<br><br>Judge: Hon. Richard Seeborg |
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-06124-RS<br><br>**STIPULATION TO CONSOLIDATE FACT DISCOVERY AND ENTER PROTECTIVE ORDER IN RELATED CASES**<br><br>Judge: Hon. Richard Seeborg |

Case No. 3:17-cv-02664-RS

1

Plaintiffs Scott Crawford and Jarvis Jernigan, Jr. ("Crawford Plaintiffs"), Plaintiffs Stephan Namisnak and Francis Falls ("Namisnak Plaintiffs") (collectively, "Plaintiffs"), and Defendants Uber Technologies, Inc. and Rasier, LLC ("Defendants") (together, with Plaintiffs, the "Parties"), through counsel, hereby submit this Stipulation to Consolidate Fact Discovery and Enter Protective Order in the captioned actions, and jointly move this court to so order.

1. WHEREAS, the Crawford Plaintiffs commenced the action styled *Crawford v. Uber Technologies, Inc.*, No. 3:17-cv-02664-RS (N.D. Cal.), on May 9, 2017 ("Crawford Action");

2. WHEREAS, the Namisnak Plaintiffs, along with Mitchell Miraglia, commenced the action styled *Namisnak v. Uber Technologies, Inc.*, No. 3:17-cv-06124-RS (N.D. Cal.), on October 26, 2017 ("Namisnak Action"). On May 8, 2018, the Namisnak Plaintiffs filed a First Amended Complaint, to which Mr. Miraglia is not a party. *Namisnak*, ECF No. 54.

3. WHEREAS, by order dated November 14, 2017, this Court deemed the Crawford Action and the Namisnak Action as related cases under Civil Local Rule 3-12(a). *Crawford*, ECF No. 58; *Namisnak*, ECF No. 24.

4. WHEREFORE, the Parties have conferred and agreed that consolidating fact discovery in the Crawford Action and the Namisnak Action, in the manner set forth in **Appendix A**, would serve the purposes of Civil Local Rule 3-12 and allow fact discovery to proceed in a manner that is most efficient for the Parties and the Court. The Parties have further conferred and agreed that entry of the Protective Order attached as **Appendix B** in the Crawford Action, and entry of the Protective Order attached as **Appendix C** in the Namisnak Action will and is necessary to facilitate consolidated fact discovery.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

Dated: June 15, 2018, 2018　　Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By  s/ Anne Marie Estevez
　　Anne Marie Estevez
　　Stephanie Schuster
　　Patrick Harvey
　　Clara Kollm
　　Kathy H. Gao

*Attorneys for Defendants*

Dated: June 15, 2018, 2018　　s/ William Most
　　William Most (CA # 279100)
　　AQUA TERRA AERIS LAW GROUP
　　828 San Pablo Ave., Ste. 115B
　　Albany, CA 94706
　　T: (504) 509-5023
　　williammost@gmail.com

　　s/ Garret S. DeRues
　　Garret S. DeReus (LA # 35105) (*pro hac vice*)
　　BIZER & DEREUS, LLC
　　3319 St. Claude Ave.
　　New Orleans, LA 70117
　　T: 504-619-9999; F: 504-948-9996
　　gdereus@bizerlaw.com

*Attorneys for Plaintiff*

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: __7/17_____, 2018

　　　　　　　　　　　　　　　　　　　　　
HON. RICHARD SEEBORG

3

Case No. 3:17-cv-02664-RS