MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
200 Biscayne Boulevard, Suite 5300
Miami, FL 33131
T:  305.415.3000
F:  305.415.3001
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Patrick Harvey (*pro hac vice*)
Clara Kollm (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T:  202.739.3000
F:  202.739.3001
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com
clara.kollm@morganlewis.com

Kathy H. Gao (CA Bar No. 259019)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
T:  213.612.2500
F:  213.612.2501
kathy.gao@morganlewis.com

*Attorneys for Defendants*
*Uber Technologies, Inc. & Rasier, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-06124-RS<br><br>**STATEMENT OF RECENT DECISION [RE: DEFENDANTS' MOTION TO DISMISS]**<br><br>Date:   September 20, 2018, at 1:30 p.m.<br>Judge:  Hon. Richard Seeborg |

**STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Uber Technologies, Inc. and Rasier, LLC, through counsel and in further support of their pending motion to dismiss, hereby submit this statement to advise the Court of the recent decision in *Huzar v. Groupon, Inc.*, No. 17-5383, 2018 WL 3619388 (N.D. Ill. July 30, 2018) (copy attached as **Exhibit A**). Defendants are ready and willing to supplement their motion papers to fully address the *Huzar* case, if the Court determines that would be helpful.

Respectfully submitted,

Dated: August 15, 2018              MORGAN, LEWIS & BOCKIUS LLP

By: s/ Anne Marie Estevez
    Anne Marie Estevez
    Stephanie Schuster
    Patrick Harvey
    Clara Kollm
    Kathy H. Gao

*Attorneys for Defendants*