MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
200 Biscayne Boulevard, Suite 5300
Miami, FL 33131
T:  305.415.3000
F:  305.415.3001
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Patrick Harvey (*pro hac vice*)
Clara Kollm (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC  20004
T:  202.739.3000
F:  202.739.3001
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com
clara.kollm@morganlewis.com

Kathy H. Gao (CA Bar No. 259019)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
T: 213.612.2500
F: 213.612.2501
kathy.gao@morganlewis.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>Defendants. | Case No. 3:17-cv-06124-RS<br><br>ORDER<br>**STIPULATED MOTION TO STAY PROCEEDINGS**<br><br>Judge: Hon. Richard Seeborg |

Case No. 3:17-cv-06124-RS

Pursuant to Local Civil Rules 7-11 and 7-12, Plaintiffs Stephan Namisnak and Francis Falls, and Defendants Uber Technologies, Inc. and Rasier, LLC (collectively, the "Parties"), through undersigned counsel, hereby jointly move to stay all proceedings in this action for a period of twelve months—*i.e.*, to October 30, 2019.  In support of this stipulated motion, the Parties state as follows:

1. On October 16, 2018, the Parties participated in a mediation session conducted by Mediator Howard A. Herman.  ECF No. 90.

2. With the assistance of Mediator Herman, the Parties negotiated a confidential agreement to, among other things, jointly seek an order staying all proceedings in this action for twelve months.  *See id.*

3. Plaintiffs and Defendants believe that a twelve-month stay of all proceedings in this action is in their best interests.

4. As Mediator Herman certified to the Court, the Parties anticipate that further discussions coordinated by Mediator Herman at the conclusion of the stay may be beneficial, and the Parties are optimistic that this case may be resolved at or before that time.  *Id.*

5. At or before the conclusion of the stay, the Parties will jointly advise the Court whether the case has been resolved.

6. In the event the Parties are unable to resolve this case before the stay is lifted, the Parties further agree that Defendants' deadline to respond to Plaintiffs' Second Amended Complaint shall be due thirty days after the stay is lifted.

WHEREFORE, the Parties respectfully request that all proceedings in this action be stayed for twelve months—*i.e.*, to and including October 30, 2019.

**[SIGNATURES APPEAR ON FOLLOWING PAGE]**

Morgan, Lewis & Bockius LLP
Attorneys at Law
Washington, D.C.

1

Dated: October 30, 2018

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: s/ Anne Marie Estevez
   Anne Marie Estevez
   Stephanie Schuster
   Patrick Harvey
   Clara Kollm
   Kathy H. Gao

*Attorneys for Defendants*

BIZER & DEREUS

By: s/ Garret DeReus
   Garret DeReus (*pro hac vice*)
   Andrew Bizer (*pro hac vice*)

*Attorneys for Plaintiffs*

AQUA TERRA AERIS LAW GROUP

By: s/ William Most
   William Most

*Attorneys for Plaintiffs*

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that I will have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (s/) within this e-filed document.

s/ Anne Marie Estevez
Anne Marie Estevez

**PURSUANT TO STIPULATION,**

**IT IS SO ORDERED, this** __5th__ **day of** __November__ **, 2018.**

_____
**Hon. Richard Seeborg**
**United States District Judge**

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

2