MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
200 Biscayne Boulevard, Suite 5300
Miami, FL 33131
T:  305.415.3000
F:  305.415.3001
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Patrick Harvey (*pro hac vice*)
Clara Kollm (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC  20004
T:  202.739.3000
F:  202.739.3001
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com
clara.kollm@morganlewis.com

Kathy H. Gao (CA Bar No. 259019)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
T: 213.612.2500
F: 213.612.2501
kathy.gao@morganlewis.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>                Plaintiffs,<br><br>                v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>                Defendants. | Case No. 3:17-cv-06124-RS<br><br>~~ORDER~~<br>**STIPULATED SCHEDULE IN CONNECTION WITH DEFENDANTS' RESPONSE TO SECOND AMENDED COMPLAINT AND RELATED BRIEFING**<br><br>Judge: Hon. Richard Seeborg |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

Pursuant to Civil Local Rule 6-2, Plaintiffs Stephan Namisnak and Francis Falls and Defendants Uber Technologies, Inc. and Rasier, LLC, through counsel, hereby stipulate to the following deadlines in connection with Defendants' response to the Second Amended Complaint ("SAC") and related briefing, and jointly move this Court to so order:

1.    WHEREAS, Plaintiffs filed the SAC on October 11, 2018 (ECF No. 86);

2.    WHEREAS, on November 5, 2018, the Court granted the parties' stipulated motion to stay  proceedings until October 30, 2019 and set Defendants' deadline to respond to the SAC thirty days after the stay was lifted (ECF No. 94);

3.    WHEREAS, the stay expired effective October 31, 2019 (ECF No. 96);

4.    WHEREAS, the Parties have conferred and agreed to the following modified schedule in connection with Defendants' response to the SAC and related briefing:

- December 17, 2019: Defendants' deadline to respond to the SAC;
- February 4, 2020: Plaintiffs' deadline to respond to any Rule 12 motion filed by Defendants in response to the SAC;
- 21 Days After Plaintiffs File Opposition: Defendants' deadline to file a reply in further support of any Rule 12 motion;

5.    WHEREAS, as explained in detail in the accompanying declaration of Stephanie Schuster, good cause exists for the parties' modified briefing schedule, which will not impact any deadlines or scheduling in this action.

WHEREFORE, the Parties, by stipulation, request that the Court so-order the schedule set forth in Paragraph 4.

[Signatures Appear on Following Page]

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

Case No. 3:17-cv-06124-RS

1

STIPULATED SCHEDULE IN
CONNECTION WITH DEFENDANTS'
RESPONSE TO SAC AND
RELATED BRIEFING

Dated: November 5, 2019

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:  s/ Stephanie Schuster

Anne Marie Estevez
Stephanie Schuster
Patrick Harvey
Clara Kollm
Kathy H. Gao

*Attorneys for Defendants*

BIZER & DEREUS

By: s/ Garret DeReus

Garret DeReus  (*pro hac vice*)
Andrew Bizer (*pro hac vice*)

*Attorneys for Plaintiffs*

AQUA TERRA AERIS LAW GROUP

By: s/ William Most

William Most

*Attorneys for Plaintiffs*

## FILER'S ATTESTATION

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this

document has been obtained from each of the other signatories.

s/ Stephanie Schuster
Stephanie Schuster

**PURSUANT TO STIPULATION,**

**IT IS SO ORDERED, this  5th  day of November 2019.**

Hon. Richard Seeborg
United States District Judge

Case No. 3:17-cv-06124-RS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

2

STIPULATED SCHEDULE IN
CONNECTION WITH DEFENDANTS'
RESPONSE TO SAC AND
RELATED BRIEFING