| | |
|---|---|
| William Most (CA # 279100)<br>AQUA TERRA AERIS LAW GROUP<br>828 San Pablo Ave., Ste. 115B<br>Albany, CA 94706<br>T: (504) 509-5023<br>williammost@gmail.com<br><br>*Attorneys for Plaintiffs*<br><br>(Additional Counsel Listed on Signature Page) | MORGAN, LEWIS & BOCKIUS LLP<br>Anne Marie Estevez (*pro hac vice*)<br>200 Biscayne Boulevard, Suite 5300<br>Miami, FL 33131<br>T:  305.415.3000<br>F:  305.415.3001<br>annemarie.estevez@morganlewis.com<br><br>*Attorneys for Defendants*<br>(Additional Counsel Listed on Signature Page) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*<br><br>　　　　　Defendants. | Case No. 3:17-cv-02664-RS<br><br>**JOINT SUBSEQUENT CASE MANAGEMENT STATEMENT**<br><br>Date: January 7, 2021<br>Time: 1:00 p.m.<br>Place: Telephonic |
| STEPHAN NAMISNAK, *et al.*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*<br><br>　　　　　Defendants. | Case No. 3:17-cv-06124-RS<br><br>**JOINT SUBSEQUENT CASE MANAGEMENT STATEMENT**<br><br>Date: January 7, 2021<br>Time: 1:00 p.m.<br>Place: Telephonic |

## JOINT SUBSEQUENT CASE MANAGEMENT STATEMENT

Pursuant to Local Rule 16-10(d), Plaintiffs Scott Crawford, Stephan Namisnak, and Francis Falls, and Defendants Uber Technologies, Inc. and Rasier, LLC, through counsel, submit this Subsequent Case Management Statement for the Further Case Management Conference on January 7, 2021.

### 1. Case Progress

The Court entered scheduling orders in the related cases *Crawford v. Uber Technologies, Inc., et al.*, No. 3:17-cv-02664-RS and *Namisnak, et al. v. Uber Technologies, Inc., et al.*, No. 3:17-cv-06124-RS, providing for parallel discovery. Fact discovery closed for both cases on December 18, 2020, and the parties expect to exchange expert disclosures as required under the existing scheduling orders. By stipulation, and to accommodate the availability of certain witnesses, each party intends to take one additional fact deposition in January 2021.

### 2. Proposals for the Remainder of the Case Development Process

The parties agree that no changes are needed to the existing scheduling orders.

### 3. Parties' View of ADR

The parties previously participated in the court-ordered mediation service, and do not currently believe that participation in an ADR process is likely to be productive prior to a ruling on the parties' expected motions for summary judgment.

Dated: December 29, 2020                                    Respectfully submitted,

BIZER AND DEREUS, LLC                              MORGAN, LEWIS & BOCKIUS LLP

By:   s/ Garret DeReus                                   By:   s/Anne Marie Estevez
      Garret DeReus                                              Anne Marie Estevez
      Andrew Bizer                                                Stephanie Schuster
                                                                                    Patrick Harvey
AQUA TERRA AERIS LAW GROUP                 Clara Kollm
                                                                                    Kathy H. Gao
By:   s/ William Most
      William Most                                                *Attorneys for Defendants*

*Attorneys for Plaintiffs*

1 **LOCAL CIVIL RULE 5-1(i) Certification**

2 I hereby certify that concurrence in the filing of the document has been obtained from
3 each of the other Signatories on this document.

4                                                   *s/Anne Marie Estevez*