| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Anne Marie Estevez (*pro hac vice*) |
| 2 | 600 Brickell Avenue, Suite 1600 |
| | Miami, FL 33131 |
| 3 | T:  305.415.3000 |
| | F:  305.415.3001 |
| 4 | annemarie.estevez@morganlewis.com |
| 5 | Stephanie Schuster (*pro hac vice*) |
| | Patrick A. Harvey (*pro hac vice*) |
| 6 | 1111 Pennsylvania Avenue NW |
| | Washington, DC 20004 |
| 7 | T: 202.739-3000 |
| | F: 202.739-3001 |
| 8 | stephanie.schuster@morganlewis.com |
| | patrick.harvey@morganlewis.com |
| 9 | |
| | Kathy H. Gao (CA Bar No. 259019) |
| 10 | 300 South Grand Avenue, 22nd Floor |
| | Los Angeles, CA 90071 |
| 11 | T:  (213) 612-2500 |
| | F:  (213) 612-2501 |
| 12 | kathy.gao@morganlewis.com |
| 13 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-02664-RS<br><br>**STIPULATED REQUEST FOR AN EXTENSION OF REPLY BRIEF DEADLINES, AND STIPULATION CONTINUING HEARING DATE FOR PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF NIRAJ PATEL** |
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-06124-RS<br><br>**STIPULATED REQUEST FOR AN EXTENSION OF REPLY BRIEF DEADLINES, AND STIPULATION CONTINUING HEARING DATE FOR PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF NIRAJ PATEL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

Case No-3:17-cv-02664-RS
Case No. 3:17-cv-06124-RS

STIPULATED REQUEST FOR REPLY BRIEF EXTENSIONS

Pursuant to Civil Local Rules 6-2(a), 7-7, and 7-12, Plaintiffs Scott Crawford, Stephan Namisnak, and Francis Falls, and Defendants Uber Technologies, Inc. and Rasier, LLC, hereby make a stipulated request for an order extending the deadlines for the parties to file certain reply briefs from June 9 to June 16, and stipulate to continue the hearing on Plaintiffs' Motion to Strike Testimony of Niraj Patel (*Crawford*, ECF No. 170, *Namisnak*, ECF No. 139) from July 8, 2021 to July 15, 2021, the date the other pending motions will be heard.

Under the operative scheduling order (*Crawford*, ECF No. 136) and Civil Local Rule 7-3(c), the following reply briefs are currently due on June 9:

- Plaintiffs' reply to Defendants' opposition to Plaintiffs' Motion for Summary Judgment (*Crawford*, ECF No. 148);
- Defendants' reply to Plaintiffs' opposition to Defendants' Motion for Summary Judgment (*Crawford*, ECF No. 156; *Namisnak*, ECF No. 126);
- Defendants' reply to Plaintiffs' opposition to Defendants' Motion to Exclude Testimony of Meera Joshi Under FRE 702 (*Crawford*, ECF No. 152; *Namisnak*, ECF No. 122);
- Defendants' reply to Plaintiffs' opposition to Defendants' Motion to Exclude Testimony of Dr. James M. Cooper Under FRE 702 (*Crawford*, ECF No. 154; *Namisnak*, ECF No. 124);
- Plaintiffs' reply to Defendants' opposition to Plaintiffs' Motion to Strike Testimony of Niraj Patel (*Crawford*, ECF No. 170, *Namisnak*, ECF No. 139).

For the reasons included in the accompanying declaration of Stephanie Schuster, the parties submit that good cause exists to extend the deadlines for the aforementioned reply briefs by one week from June 9 to June 16, and that the modest extension will not have a material impact on the schedule of the case.

WHEREFORE, it is hereby STIPULATED AND AGREED, that the deadlines for the reply briefs identified above are extended from June 9 to June 16, and the hearing date for Plaintiffs' Motion to Strike Testimony of Niraj Patel is continued from July 8, 2021 to July 15, 2021.

Dated: June 6, 2021                                 Respectfully submitted,

BIZER AND DEREUS, LLC                               MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Garret Dereus                             By:   /s/ Anne Marie Estevez
      Garret DeReus                                        Anne Marie Estevez
      Andrew Bizer                                         Stephanie Schuster
                                                           Patrick Harvey
AQUA TERRA AERIS LAW GROUP                                 Clara Kollm
                                                           Kathy H. Gao
By:   /s/ William Most
      William Most                                  *Attorneys for Defendants*

*Attorneys for Plaintiffs*

## LOCAL CIVIL RULE 5-1(i) Certification

I hereby certify that concurrence in the filing of the document has been obtained from each of the other Signatories on this document.

                                                    s/Anne Marie Estevez

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June  7 , 2021

                                                    _____
                                                    RICHARD SEEBORG
                                                    United States District Judge