MORGAN, LEWIS & BOCKIUS LLP
Anne Marie Estevez (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131
T:  305.415.3000
F:  305.415.3001
annemarie.estevez@morganlewis.com

Stephanie Schuster (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC 20004
T: 202.739-3000
F: 202.739-3001
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com

Kathy H. Gao (CA Bar No. 259019)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
T:  (213) 612-2500
F:  (213) 612-2501
kathy.gao@morganlewis.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>          Defendants. | Case No. 3:17-cv-02664-RS<br><br>**ORDER**<br><br>**STIPULATED REQUEST TO CONTINUE THE STATUS CONFERENCE** |
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>          Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>          Defendants. | Case No. 3:17-cv-06124-RS<br><br>**STIPULATED REQUEST TO CONTINUE THE STATUS CONFERENCE** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Scott Crawford, Stephan Namisnak, and Francis Falls, and Defendants Uber Technologies, Inc. and Rasier, LLC, hereby make a stipulated request to continue the status conference scheduled for September 9, 2021 by one week to September 16, and to extend the corresponding deadline for filing the Joint Subsequent Case Management Statement by one week as well.

As explained in the accompanied declaration of Patrick Harvey, good cause exists to continue the status conference because Defendants' counsel has another hearing in federal court scheduled at the same time as the September 9 conference. Good cause further exists to extend the deadline for filing the Joint Subsequent Case Management Statement because Plaintiffs' lead counsel are based in New Orleans and affected by the impact of Hurricane Ida. Because the Court has already represented that the existing trial date and deadlines will need to be vacated as a result of the Court's schedule, this one-week extension should not have a material impact on the schedule of the case.

WHEREFORE, it is hereby STIPULATED AND AGREED, that the status conference scheduled for September 9, 2021 is continued to September 16, 2021, and the deadline for filing the Joint Subsequent Case Management Statement is extended from September 2, 2021 to September 9, 2021.

Dated: August 31, 2021                                    Respectfully submitted,

BIZER AND DEREUS, LLC                                     MORGAN, LEWIS & BOCKIUS LLP

By:    /s/ Garret Dereus                                  By:    /s/ Anne Marie Estevez
       Garret DeReus                                             Anne Marie Estevez
       Andrew Bizer                                              Stephanie Schuster
                                                                 Patrick Harvey
AQUA TERRA AERIS LAW GROUP                                       Clara Kollm
                                                                 Kathy H. Gao
By:    /s/ William Most
       William Most                                       *Attorneys for Defendants*

*Attorneys for Plaintiffs*

**LOCAL CIVIL RULE 5-1(i) Certification**

I hereby certify that concurrence in the filing of the document has been obtained from each of the other Signatories on this document.

*s/Anne Marie Estevez*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September  1 , 2021

_____
RICHARD SEEBORG
United States Chief District Judge