| | |
|---|---|
| William Most (CA # 279100)<br>AQUA TERRA AERIS LAW GROUP<br>828 San Pablo Ave., Ste. 115B<br>Albany, CA 94706<br>T: (504) 509-5023<br>williammost@gmail.com<br><br>Garret S. DeReus (LA # 35105)<br>Admission *pro hac vice*<br>Andrew D. Bizer (LA # 30396)<br>Admission *pro hac vice*<br>BIZER & DEREUS, LLC<br>3319 St. Claude Ave.<br>New Orleans, LA 70117<br>T: 504-619-9999; F: 504-948-9996<br>gdereus@bizerlaw.com<br>andrew@bizerlaw.com<br><br>*Attorneys for Plaintiffs*<br>(additional counsel in signature block) | MORGAN, LEWIS & BOCKIUS LLP<br>Anne Marie Estevez (*pro hac vice*)<br>200 Biscayne Boulevard, Suite 5300<br>Miami, FL 33131<br>T:  305.415.3000<br>F:  305.415.3001<br>annemarie.estevez@morganlewis.com<br><br>Stephanie Schuster (*pro hac vice*)<br>Patrick Harvey (*pro hac vice*)<br>1111 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>T:  202.739.3000<br>F:  202.739.3001<br>stephanie.schuster@morganlewis.com<br>patrick.harvey@morganlewis.com.<br><br>*Attorneys for Defendants* (additional counsel in signature block) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD,<br><br>             Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>             Defendants. | Case No. 3:17-cv-02664-RS<br><br>**JOINT SUBSEQUENT CASE MANAGEMENT STATEMENT**<br><br>Date: September 16, 2021<br>Time: 10:00 a.m.<br>Place: Via Videoconference |
| STEPHAN NAMISNAK and FRANCIS FALLS.<br><br>             Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>             Defendants. | Case No. 3:17-cv-06124-RS<br><br>**JOINT SUBSEQUENT CASE MANAGEMENT STATEMENT**<br><br>Date: September 16, 2021<br>Time: 10:00 a.m.<br>Place: Via Videoconference |

**JOINT SUBSEQUENT CASE MANAGEMENT STATEMENT**

Pursuant to Local Rule 16-10(d), Plaintiffs Scott Crawford, Stephan Namisnak, and Francis Falls, and Defendants Uber Technologies, Inc. and Rasier, LLC, through counsel, submit this Subsequent Case Management Statement for the Further Case Management Conference on September 16, 2021 in the above-captioned cases.

**1. Case Progress**

The Court entered scheduling orders in the related cases *Crawford v. Uber Technologies, Inc., et al.*, No. 3:17-cv-02664-RS and *Namisnak, et al. v. Uber Technologies, Inc., et al.*, No. 3:17-cv-06124-RS, providing for parallel discovery. Discovery is complete and the Court granted in part and denied in part the parties' cross-motions for summary judgment. These cases were originally scheduled for trial in October 2021, but at the hearing on the motions for summary judgment, the Court informed the parties that those trial dates will need to be vacated because of the Court's calendar.  As a result, a new trial date will need to be set.

On September 7, 2021, Plaintiffs filed a motion for leave to amend the complaints for the limited purpose of adding in their "screened out" theory. *See Namisnak* Dkt. No. 164, *Crawford* Dkt. No. 202. Defendants intend to oppose the motion, which Plaintiffs noticed for a hearing on October 14, 2021.

Plaintiffs contend that given that this theory is based on facts that are going to be adduced at trial (regardless of the amendment), this proposed amendment should not impact the case progress or the scheduling of the trial.

Defendants contend that permitting Plaintiffs to add a new claim after the Court already held the claim could not provide a basis for relief on summary judgment would require a re-opening of discovery, another round of pleading challenges and/or summary judgment briefing, and the likely postponement of the trial—even aside from the issues of, *inter alia*, undue delay, undue prejudice, and futility that Defendants intend to raise in their opposition brief.

**2. Proposals for the Remainder of the Case Development Process.**

The parties will be prepared to discuss the scheduling of trial at the case management

conference. Given scheduling conflicts on both sides, the parties agree that a trial should not commence in 2021.

Plaintiffs propose that the Court schedule a trial on the merits to commence on one of the following dates:

- Monday, January 3, 2022;
- Monday, January 10, 2022;
- Monday, February 14, 2022;
- Monday, June 6, 2022.

Defendants state that they are unavailable for a trial commencing on the dates Plaintiffs propose above. Defendants are available for trial from January 18 through January 28, 2022, although Defendants do not believe a January 2022 trial date is achievable if Plaintiffs' motions for leave to amend are granted. Defendants are also available for trial on April 18 through April 22, May 3 through May 20, and on any 2022 date on or after June 20, 2022 with the following exceptions:

- August 16-31, 2022
- October 21-24, 2022
- November 21-25, 202
- December 19-30, 2022

**3. Parties' View of ADR.**

The parties previously participated in the court-ordered mediation service. They will continue to discuss other potential ADR options prior to trial.

Dated: September 9, 2021                Respectfully submitted,

BIZER AND DEREUS, LLC                   MORGAN, LEWIS & BOCKIUS LLP

By:    s/ Garret DeReus                 By:    s/ Anne Marie Estevez
       Garret DeReus                           Anne Marie Estevez
       Andrew Bizer                            Stephanie Schuster
                                               Patrick Harvey
AQUA TERRA AERIS LAW GROUP                     Kathy H. Gao

By: *s/ William Most*            *Attorneys for Defendants*
     William Most

Karla Gilbride (CA # 264118)
PUBLIC JUSTICE, P.C.
1620 L St. NW, Ste. 630
Washington, DC 20036
T: 202-797-8600
kgilbride@publicjustice.net

*Attorneys for Plaintiffs*

## LOCAL CIVIL RULE 5-1(i) Certification

I hereby certify that concurrence in the filing of the document has been obtained from each of the other Signatories on this document.

                                                      *s/ Annie Marie Estevez*