1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9

10   SCOTT CRAWFORD,                          Case No. 17-cv-02664-RS

                 Plaintiff,

11

            v.

12

13   UBER TECHNOLOGIES, INC., et al.,

                 Defendants.

14

15

16   STEPHAN NAMISNAK, et al.,                Case No. 17-cv-06124-RS

                 Plaintiffs,

17

            v.

18

19   UBER TECHNOLOGIES, INC., et al.,

                 Defendants.

20

21

22                                  **JUDGMENT**

23        Following a bench trial, Plaintiffs' claims for violations of the Americans with Disabilities

24   Act were denied on July 25, 2022 in an Opinion and Order. Pursuant to Federal Rule of Civil

25   Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs.

26   The Clerk of Court shall close the file in these matters.

27

28   **IT IS SO ORDERED**.

1

2    Dated: July 25, 2022

3    _____

4    RICHARD SEEBORG
     Chief United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

JUDGMENT
CASE NO. 17-cv-02664-RS