William Most (CA # 279100)
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
T: (650) 465-5023
williammost@gmail.com

Karla Gilbride (CA # 264118)
PUBLIC JUSTICE, P.C.
1620 L St. NW, Ste. 630
Washington, DC 20036
T: 202-797-8600
kgilbride@publicjustice.net

Garret S. DeReus (LA # 35105)*
Andrew D. Bizer (LA # 30396)*
*Admitted *pro hac vice*
BIZER & DEREUS, LLC
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
gdereus@bizerlaw.com
andrew@bizerlaw.com

Attorneys for Plaintiffs Scott Crawford,
Stephan Namisnak, and Francis Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-02664-RS<br><br>**AMENDED NOTICE OF APPEAL**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom #3, 17th Floor |
| STEPHAN NAMISNAK and FRANCIS FALLS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>　　　　Defendants. | Case No. 3:17-cv-06124-RS<br><br>**AMENDED NOTICE OF APPEAL**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom #3, 17th Floor |

Pursuant to Fed. R. App. P. 3(a) and 4(a), notice is hereby given that Scott Crawford, Stephan Namisnak, and Francis Falls, Plaintiffs, appeal to the United States Court of Appeals for the Ninth Circuit from: (1) the July 25, 2022 Opinion and Order (Rec. Doc. 277 in *Crawford* and R. Doc. 235 in *Namisnak*); and (2) the July 25, 2022, Judgment (Rec. Doc. 278 in *Crawford* and R. Doc. 236 in *Namisnak*).

By Plaintiffs, by and through their counsel,

/s/ *William Most*
William Most (CA # 279100)
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
williammost@gmail.com
(504) 509-5023

Karla Gilbride (CA # 264118)
PUBLIC JUSTICE, P.C.
1620 L St. NW, Ste. 630
Washington, DC 20036
T: 202-797-8600
kgilbride@publicjustice.net

/s/ *Garret S. DeReus*
Bizer & DeReus, LLC
Garret S. DeReus (LA # 35105)*
gdereus@bizerlaw.com
Andrew D. Bizer (LA # 30396)*
andrew@bizerlaw.com
*Admission *pro hac vice*

3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

**REPRESENTATION STATEMENT**

Pursuant to Circuit Rule 3-2; Plaintiffs present the following list of all parties to the action, along with the names, address, and telephone numbers of their respective counsel.

Parties:

Stephan Namisnak, Plaintiff-Appellant;

Francis Falls, Plaintiff-Appellant;

Scott Crawford, Plaintiff-Appellant;

Uber Technologies, Inc., Defendant-Appellee;

Raiser, LLC, Defendant-Appellee;

Respective Counsel for Plaintiff-Appellants:

Garret S. DeReus; 3319 St. Claude Ave., New Orleans, LA 70117; 504-619-9999;

William Most; 4030 Martin Luther King Jr. Way; Oakland, CA 94609; 504-509-5023;

Karla Gilbride; 1620 L. St. NW, Suite 630; Washington, DC 20036; 202-797-8600;

Respective Counsel for Defendant-Appellees:

Anne Marie Estevez; 600 Brickell Ave., Ste. 1600; Miami, FL 33131; 305-415-3000;

Ethel Johnson; 1000 Louisiana St., Ste. 400; Houston, TX 77002; 713-890-5000;

Kathy Gao; 300 S. Grand Ave., 2nd Floor; Los Angeles, CA 90071; 213-612-2500;

Stephanie Schuster; 1111 Pennsylvania Ave. NW; Washington, DC 20004; 202-739-3000;

Patrick Harvey; 1111 Pennsylvania Ave. NW; Washington, DC 20004; 202-739-3000;

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, a copy of the foregoing was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                  */s/ Garret S. DeReus*
                                   Garret S. DeReus